# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| GORDON BELGUM, | ) | 3:12-CV-0172-HDM (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 4, 2013 |
| | ) | |
| RON UNGER, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:       LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Defendants' request for authorized exceptions of attendance (#21) is **GRANTED**.  The members of the Lander County Board of County Commissioners are excused from attending the settlement conference on January 14, 2013.  The attendance of District Attorney Angie Elquist, along with a fully-authorized representative of Lander County's Insurer, the Nevada Public Agency Insurance Pool, shall constitute compliance with the court's order scheduling settlement conference (#20).

Additionally, under the unique circumstances presented by the defendants, Animal Control Officer Cindy Seaman shall be excused from attending the settlement conference.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:          /s/
         Deputy Clerk