LINDA J. LINTON, ESQ., Bar No. 5408
LINTON &ASSOCIATES, P.C.
6900 S. McCarran Blvd., Suite 2040
Reno, NV 89509
Tel: (775) 333-0881, Fax:  (775)333-0877
llinton@lintonlegal.com
Attorney for Plaintiff GORDON BELGUM

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GORDON BELGUM,<br><br>        Plaintiff,<br>vs.<br><br>RON UNGER, LANDER COUNTY SHERIFF; LANDER COUNTY, a political subdivision of the State of Nevada; LANDER COUNTY SHERIFF DEPUTY ANIMAL CONTROL OFFICER CINDY SEAMAN; LANDER COUNTY SHERIFF'S DEPUTIES ANIMAL CONTROL OFFICER DOES I-X, inclusive; RED & WHITE MUNICIPAL ENTITIES, I-V,<br><br>        Defendants. | Case No. : 3:12-CV-00172-HDM(VPC)<br><br>~~INTERIM STATUS REPORT LR-26-3~~<br>Order |

Pursuant to the Order of this Court (Doc #39), the parties provide the following Interim Status Report. The parties have tentatively settled this action but cannot confirm final settlement because the matter and potential settlement must be presented, accepted and approved by the Lander County Commission. Therefore, the parties request this Court to stay the deadlines in Document #39, the Order relating to the amended complaint and discovery for two weeks from today's date while the parties complete settlement. If the settlement is not approved, the parties will go forward with the action and submit another status report to this Court and request other

/ / /

/ / /

1

1  deadlines based on the failure of the settlement.

2                                                          LINTON & ASSOCIATES, P.C.

3  Respectfully submitted 4/19/13.
                                                    By:   /s/
4                                                          LINDA J. LINTON, ESQ. Bar #5408
                                                           6900 S. McCarran Blvd., Suite 2040
5                                                          Reno, NV 89509
                                                           Tel: (775) 333-0881; Fax: (775) 333-0877
6                                                          Attorney for Plaintiff

7
   Respectfully submitted 4/19/13.                   ERICKSON, THORPE & SWAINSTON, LTD.
8
                                                    By:   /s/
9                                                          BRENT L. RYMAN, ESQ. #8648
                                                           99 West Arroyo Street
10                                                         P.O. Box 3559
                                                           Reno, Nevada 89505
11                                                         Telephone: (775) 786-3930
                                                           Attorneys for Defendants
12

13

14

15                                            IT IS SO ORDERED

16                                            _____
                                              U.S. MAGISTRATE JUDGE
17
                                              DATED: April 24, 2013
18

19

20

21

22

23

24

25

26

27

28